1    **WO**

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                       FOR THE DISTRICT OF ARIZONA

7

8    United States of America,              )
                                            )    No.: 09-04375MJ-001-PCT-MEA
9              Plaintiff,                    )
                                            )    **ORDER**
10   vs.                                     )
                                            )
11                                           )
                                            )
12   Kevin Earl Hollar,                      )
                                            )
13             Defendant.                    )
     _____        )

14

15         The defendant appeared in court with counsel. The defendant's probable cause hearing

16   was waived and the detention hearing was submitted by defendant through defense counsel.

17   The Court finds probable cause to believe the defendant violated the terms of his supervised

18   release as alleged in the petition.

19         IT IS ORDERED that the defendant is detained as flight risk and danger, pending

20   further revocation proceedings. Pursuant to Rule 32.1(a)(6) defendant has failed to show he

21   is not a flight risk or a danger.

22         DATED this 18th day of November, 2014.

23

24   _____
                 Mark E. Aspey
25           United States Magistrate Judge

26

27

28